IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv504-TMH |
| | ) |
| J.A. KELLER, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 24) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 24) of the Magistrate Judge is ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. This case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 18th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE